**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT (NEW HAVEN)**

---

BARBARA JEAN FLANNERY,                          CASE NO. 3:25-cv-01573-VAB
                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES
LLC; TRANS UNION, LLC; and
INFORMATIVE RESEARCH, INC.;
                Defendants.

---

## APPEARANCE

---

To:     The Clerk of Court and all parties of record:

I have been admitted *Pro Hac Vice* in this matter and/or otherwise authorized to practice

in this court, and I appear in this case as counsel:

Trans Union LLC

---

Respectfully submitted,


*/s/Ronnie D. Kawak*
Ronnie D. Kawak, Esq. (phv209425)
 (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone:  317-497-5600, Ext. 612
Fax:  317-899-9348
E-Mail: ronnie.kawak@qslwm.com

*Lead Counsel for Defendant Trans Union
LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **28th day of May, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Hans Lodge, Esq.<br>hlodge@bergermontague.com | Jeffrey S. Gentes, Esq.<br>Jeffrey.gentes@ylsclinics.org |
| Sara Sweeney, Esq.<br>sara.sweeney@fmglaw.com | Toby S. Soli, Esq.<br>solit@gtlaw.com |
| Timothy J. Lee, Esq.<br>tlee@fillaw.com | Hope Blankenberger, Esq.<br>hblankenberger@qslwm.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **28th day of May, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/Ronnie D. Kawak
Ronnie D. Kawak, Esq. (phv209425)
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone:  317-497-5600, Ext. 612
Fax:  317-899-9348
E-Mail: ronnie.kawak@qslwm.com

*Lead Counsel for Defendant Trans Union LLC*