AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| BARBARA JEAN FLANNERY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:25 CV 01573 (VAB) |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Informative Research, Inc.                                                                                    .

Date:    06/03/2026

/s/ Ashley A. LeBlanc
*Attorney's signature*

Ashley A. LeBlanc (ct 32143)
*Printed name and bar number*
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York 10017

*Address*

leblanca@gtlaw.com
*E-mail address*

(212) 801 9200
*Telephone number*

(212) 801 6400
*FAX number*