**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BARBARA JEAN FLANNERY, | Case No. 3:25-cv-01573-VAB |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, and INFORMATIVE RESEARCH, INC., | |
| Defendants. | |

## STIPULATION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff Barbara Jean Flannery ("Plaintiff") and Defendants Equifax Information Services, LLC ("Equifax"), Trans Union LLC ("Trans Union") and Informative Research, Inc. ("IR") (collectively "Defendants"), through counsel and pursuant to the Court's Civil Standing Order, hereby jointly request for modification of the Court's Scheduling Order (ECF No. 38) as follows:

1.      On September 22, 2025, Plaintiff filed her Complaint. (ECF No. 1).

2.      Defendant Trans Union timely filed its Answer to Plaintiff's Complaint on October 7, 2025, Defendant Equifax timely filed its Answer to Plaintiff's Complaint on November 14, 2025, and Defendant IR filed a Motion to Dismiss Plaintiff's Complaint on November 25, 2025 (which motion is fully briefed and remains *sub judice*). (ECF Nos. 32, 35 and 36).

3.      On November 28, 2025, the Parties filed their Report of the Parties' Rule 26(f) Planning Meeting. (ECF No. 37).

4.      On December 8, 2025, this Court entered its Scheduling Order setting, among others, the deadline for completion of all discovery as September 25, 2026, and the dispositive motions deadline as November 6, 2026. (ECF No. 38).

5. The Parties jointly request the scheduling order deadlines be extended by approximately sixty (60) days.

6. Federal Rule of Civil Procedure 6(b) provides trial courts with the authority to extend time periods. Additionally, Rule 16(b)(4) specifically allows the modification of a scheduling order when good cause is shown. The Parties believe good cause exists to extend the discovery deadlines as additional discovery is required for the Parties to adequately prepare for the trial of this cause.

7. Good cause exists for this Court to grant the requested extension, as the Parties have diligently pursued discovery throughout this case. To date, the Parties have exchanged written discovery requests and responses, as well as documents relevant to their respective claims and defenses. Despite these efforts, additional time is necessary for the parties to resolve discovery disputes that are now ripe and to complete key depositions. The Parties also anticipate conducting third-party discovery, including the issuance of subpoenas and depositions of potential fact witnesses, and expert discovery, including depositions. The requested extension will allow the Parties to complete this discovery while continuing their efforts to resolve the matter without further Court intervention.

8. While the Parties have been diligently pursuing discovery in this matter, the Parties have not yet completed all necessary depositions.

9. The Parties also intend to participate in mediation the third week of September 2026 in an effort to resolve this matter amicably and without further expenditure of judicial resources. An extension of the current deadlines will allow the Parties adequate time to coordinate schedules and meaningfully engage in the mediation process.

10.     The Parties believe good cause exists to extend the unexpired deadlines.  None of the parties oppose the relief sought herein, thus no party will suffer prejudice by an extension of the deadlines.  Additionally, the brief extension of time will not require further continuance as no party will suffer any prejudice.

11.     The Parties have not filed any other previous motions for extension of time regarding the scheduling order deadlines.

12.     The Parties respectfully request that the scheduling order deadlines be extended as follows:

| Event | Current Deadline | Requested Deadline |
| --- | --- | --- |
| Plaintiff's depositions of expert witnesses | July 10, 2026 | September 8, 2026 |
| Depositions of fact witnesses | July 24, 2026 | September 22, 2026 |
| Defendants' designation of expert witnesses | August 14, 2026 | October 13, 2026 |
| Defendants' depositions of expert witnesses | September 18, 2026 | November 17, 2026 |
| Discovery cutoff | September 25, 2026 | November 24, 2026 |
| Request to meet with Magistrate Judge to discuss settlement | October 1, 2026 | November 30, 2026 |
| Dispositive motions | November 6, 2026 | January 5, 2027 |
| Joint trial memorandum | December 11, 2026 | February 9, 2027 |
| Trial ready date | February 1, 2027 | April 2, 2027 |

13.     Therefore, in light of the above facts, circumstances, and information, the Parties respectfully request the Court grant their Joint Stipulation for Modification of Scheduling Order.

DATED:  July 2, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Liliana V. Sánchez*

Liliana V. Sánchez
*Admitted Pro Hac Vice*
lvsanchez@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6758

FREEMAN MATHIS & GARY, LLP

Sara E. Sweeney (CT #428513)
Sara.Sweeney@fmglaw.com
FREEMAN MATHIS & GARY, LLP
One Boston Place
201 Washington Street, Suite 2200
Boston, Massachusetts 02108
Telephone:  (617) 963-5975

*Counsel for Defendant*
*Equifax Information Services LLC*

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.

By:  */s/ Hope Blankenberger*

Hope Blankenberger
*Admitted Pro Hac Vice*
hblankenberger@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 614
Fax: (317) 899-9348

*Counsel for Defendant*
*Trans Union LLC*

GREENBERG TRAURIG, LLP


By: */s/ Ashley A. LeBlanc*

Ashley A. LeBlanc (ct-32143)
leblanca@gtlaw.com
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue, 31st Floor
New York, New York 10017
Tel.: (212) 801-9200
Fax: (212) 801-6400

*Counsel for Defendant*
*Informative Research, Inc.*

BERGER MONTAGUE PC


By: */s/ Hans W. Lodge*

Hans W. Lodge
*\*Admitted Pro Hac Vice*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel.: (612) 607-7794
Fax: (612) 584-4470
hlodge@bergermontague.com

Jeffrey Gentes, CT Bar No. 28651
JEROME N. FRANK LSO
P.O. Box 209090
New Haven, CT 06520-9090
Telephone: (203) 432-4806
Fax: (203) 432-1426
Jeffrey.gentes@ylsclinics.org

*Counsel for Plaintiff*
*Barbara Jean Flannery*